IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND SETZKE                                                      PLAINTIFF

        v.                      Civil No. 07- 5186

LARRY NORRIS, Director, Arkansas
Department of Correction; WARDEN,
GRIMES UNIT, Arkansas Department
of Correction; JANE DOE, Working Release in
2004, in the Grimes Unit; ARKANSAS
CRIME INFORMATION CENTER (ACIC);
RON DOE, Supervisor, Offender Registry, ACIC              DEFENDANTS

## ORDER

Raymond Setzke, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to return the IFP application to him**. Plaintiff is given until **November 9, 2007**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by November 9, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 25 day of October 2007.

                                                      HON. JAMES R. MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT - 2007

CHRIS R. JOHNSON, CLERK

BY
      DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)