```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION

RAYMOND SETZKE                                      PLAINTIFF

     v.                     No. 07-5186

LARRY NORRIS, Director, Arkansas
Department of Correction, et al.                    DEFENDANTS
```

**ORDER**

Now on this 28th day of December, 2007, comes on for consideration the Report and Recommendation filed herein on November 20, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10.) The Magistrate Judge found that venue was not proper in this district, because, inter alia, none of the defendants named by plaintiff resided in this district. The Magistrate Judge, therefore, recommended that the case be transferred to the Eastern District of Arkansas.

Plaintiff has filed objections (Docs. 14 - 16) to the Report and Recommendation, asserting, inter alia, that the Magistrate Judge did not rule on his motion to amend his complaint (Doc. 4), in which he sought to add defendants that do reside in this district. The Court has reviewed this matter de novo and, being well and sufficiently advised, finds that it would be premature to transfer this case prior to determining whether plaintiff should be granted leave to amend his complaint.

Accordingly, the Report and Recommendation will not be adopted. This matter is hereby referred back to the Magistrate

Judge for consideration of plaintiff's motion to amend (Doc. 4), as well as various other motions filed by plaintiff (Docs. 2, 5, 7, 8, 11, 13, 17, 18, 19).

    IT IS SO ORDERED.

                                      /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**