IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND SETZKE                                                                    PLAINTIFF

                    v.                              Civil No. 07-5186

LARRY NORRIS, Director, Arkansas
Department of Correction; JOHN MAPLES,
Warden, Grimes Unit, Arkansas Department
of Correction; JANE DOE, Working Release in
2004, in the Grimes Unit; CHARLES PRUITT, Director,
Arkansas Crime Information Center (ACIC);
PAULA STITZ, Manager, Offender Registry, ACIC;
SHERIFF KEITH FERGUSON; DEPUTY JENSEN;
DEPUTY SPREE; CAPTAIN PETRAY; LT. CARTER;
MARK BERNTHAL; LEANNE BAKER; and
AREA MANAGER OR SUPERVISOR at the AREA 1
Bentonville Office of the Department of Community
Corrections                                                   DEFENDANTS

**ORDER**

Plaintiff, Raymond Setzke, has named as a defendant Deputy Spree of the Benton County Detention Center. When the United States Marshal Service attempted to serve Deputy Spree, they were advised that there was no deputy by that name employed at the Sheriff's Office or Detention Center and no records for a deputy by that name.

Plaintiff is directed to provide the court with any additional information he may have to assist the court in identifying this individual. For instance, dates or shifts the deputy worked, nick names he may have gone by, deputy number, race, approximate age, height, weight, first name if known, possible variations of last names instead of Spree, etc. Plaintiff should provide the requested information to the court by **August 18, 2008.**

DATED this 24th day of July 2008.

                                                                       /s/ *J. Marschewski*
                                                                   HON. JAMES R. MARSCHEWSKI
                                                                   UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)