IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND SETZKE                                              PLAINTIFF

          v.                          No. 07-5186

LARRY NORRIS, Director, Arkansas
Department of Correction, et al.                          DEFENDANTS

<u>**ORDER**</u>

Currently before the Court is a **Report and Recommendation (Doc. 227)** issued by Magistrate Judge James R. Marschewski, recommending granting plaintiff's **Motion to Dismiss (Doc. 202)** certain defendants in this action.  Judge Marschewski recommended that the dismissal be with prejudice.  Plaintiff has filed **Objections (Doc. 239)** to the Report and Recommendation, stating that he intended to voluntarily dismiss these defendants without prejudice.  Defense counsel has advised that she has no objection to a dismissal without prejudice.

Accordingly, the **Report and Recommendation** is **adopted** to the extent that plaintiff's **Motion to Dismiss (Doc. 202)** is hereby **GRANTED** and plaintiff's claims against the following defendants are **DISMISSED WITHOUT PREJUDICE:**  Sheriff Keith Ferguson, Deputy Free, Lieutenant Carter, Deputy Jensen, and Captain Petray.

IT IS SO ORDERED this 28th day of May, 2009.

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**